# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

LYNLI WHITNEY,                                    Case No. 1:25-cv-00855

     Plaintiff,

     v.

NATIONAL CREDIT SYSTEMS, INC.

     Defendant.

## DEFENDANT NATIONAL CREDIT SYSTEMS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY DEADLINE

Defendant National Credit Systems, Inc. ("Defendant"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 6(b) and 16(b)(4), respectfully move this Court to extend the discovery deadline in this matter by forty-five (45) days. In support thereof, Defendant states as follows:

1. Pursuant to the Court's Scheduling Order, discovery is currently set to close on June 12, 2026.

2. Since the commencement of discovery, the Parties have actively and diligently pursued discovery in this matter.

3. Specifically, the Parties have exchanged and responded to three separate rounds of written discovery.

4. The Parties have also conducted five depositions.

5. In addition, the Parties have issued and responded to multiple third-party subpoenas, some of which are outstanding and which Defendant is actively working to bring to a resolution.

6. Discovery in this matter has required motion practice for the Plaintiff concerning certain discovery disputes and issues arising during the discovery process.

7. The substantial amount of discovery completed demonstrates the Parties' diligence in pursuing discovery and moving this matter toward resolution.

8. While significant discovery has been completed, certain matters remain outstanding. Those issues primarily concern the resolution of discovery disputes and objections between the Parties, as well as issues involving responses and objections asserted by third parties that were served with subpoenas.

9. Despite the Parties' diligent efforts, the undersigned defense counsel experienced a series of serious and unexpected medical emergencies during the discovery period, including multiple hospitalizations, emergency surgeries, and related complications that substantially limited counsel's ability to work for a significant period of time.

10. Since February, counsel has continued working on this matter despite substantial medical limitations, while declining new cases and reducing existing obligations where possible.

11. Recent medical setbacks have further impaired counsel's ability to devote the concentrated time necessary to complete the limited remaining discovery within the current deadline. Although counsel has transferred many cases to replacement counsel, this case remains one of the few pending matters counsel has retained due to counsel's familiarity with the case and the outstanding discovery issues.

12. The circumstances giving rise to the requested extension were unforeseen and outside of Defendant's control.

13. Good cause therefore exists under Rule 16(b)(4) to modify the Scheduling Order.

14. The requested extension is modest and narrowly tailored to permit the Parties to complete the remaining discovery, resolve outstanding disputes, and obtain any remaining subpoena-related discovery.

15. Because no further case-specific deadlines have been established beyond the presumptive deadlines, the requested extension will not disrupt the Court's schedule.

16. No party will be prejudiced by the requested extension.

17. Plaintiff's counsel has been consulted regarding the relief requested herein and consents to this Motion.

18. This Motion is made in good faith and not for purposes of delay.

WHEREFORE, Defendant respectfully requests that the Court enter an Order extending the discovery deadline by forty-five (45) days, through and including July 27, 2026, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ *Katrina DeMarte*
Katrina DeMarte, Esq.
MI Bar No. P81476
CO Bar No. 43135
GA Bar No. 821011
VA Bar No. 102281
DeMarte Law, PLLC
39555 Orchard Hill Pl.,
Ste. 600 / PMB 6338
Novi, Michigan 48375
katrina@demartelaw.com
906-477-3939

*Counsel for Defendant National Credit Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served on all parties via electronic mail service on this the 11th Day of June, 2026.

*/s/ Katrina DeMarte*