<table>
<tr><td>

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

Name of Plaintiff(s):

**LYNLI WHITNEY**

</td><td>

Case No. 1:25-CV-855

**REPORT**
**OF**
**MEDIATOR**

*(For Placement on the*
*CM/ECF Docket)*

</td></tr>
</table>

**VERSUS**

Name of Defendant(s):

**NATIONAL CREDIT SYSTEMS, INC.**

Mediator Name: Robert N. Hunter, Jr.

Telephone No.: 336.317.1767

E-Mail Address: rnhunterjr@greensborolaw.com

☐ This is an **Interim Report.** A final report is to be filed after resumption of the mediation

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

   ☒ was held on Apr, 30 2026 _____ (date)

   ☐ was NOT held because _____

2. **Attendance**

   ☐ No Objection was made on the grounds that any required attendee was absent.

   ☐ Objection was made by _____

3. **Outcome**

   ☐ Complete settlement of the case

   ☐ Conditional settlement or other disposition

   ☐ Partial settlement of the case

   ☐ Recess (i.e., mediation to be resumed at a later date)

   ☒ Impasse

   ☐ Additional Information: _____

4. **Settlement Filings**

   a) The document(s) to be filed to implement the settlement are _____ _____

   b) The person responsible for filing the document(s) is _____

   c) The agreed deadline for filing the document(s) is _____

   **Submission of Report.** Please submit the completed and signed report by mail of Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if Consent to Transfer Documents Electronically Form has been submitted, submit the signed form to medclerk@ncmd.uscourts.gov.

   I have submitted this completed report with ten (10) days after conclusion of the conference.

_____
Mediator Signature

06/29/2026
_____
Date

**RECEIVED**
By Melisa Bond at 11:59 am, Jun 30, 2026